```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
JUAN EDGAR BERNAL GUTIERREZ,              :
                                          :
                        Petitioner,       :
                                          :
            -against-                     :    20-CV-4046 (VEC)
                                          :
                                          :    ORDER
THOMAS DECKER et al.,                     :
                                          :
                        Defendants.       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court ordered the Government to show cause why it should not amend its judgment to prevent manifest injustice (Dkt. 36); and

WHEREAS the Government's response argues that Petitioner has a pending BIA appeal and should exhaust his administrative remedies before seeking relief with this Court (Dkt. 37);

IT IS HEREBY ORDERED that Petitioner must reply to the Government's OTSC submission no later than **August 3, 2020**.

**SO ORDERED.**

Date: **July 27, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**