**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/26/2023

| | |
|---|---|
| JUAN EDGAR BERNAL GUTIERREZ,<br>    *Petitioner,*<br><br>    -against-<br><br>THOMAS DECKER,<br>    in his official capacity as Field Office Director, New York City Field Office, U.S. Immigration and Customs Enforcement;<br><br>CHAD WOLF,<br>    in his official capacity as Acting Secretary, U.S. Department of Homeland Security;<br><br>WILLIAM BARR,<br>    in his official capacity as U.S. Attorney General;<br><br>CARL E. DU BOIS,<br>    in his official capacity as Sheriff of Orange County, New York.<br><br>    *Respondents.* | Civ. No. 20-4046 (VEC)<br><br>**PETITIONER'S MOTION TO ENFORCE THE COURT'S AUGUST 14, 2020 ORDER** |

The Government must respond to Petitioner's motion not later than **Monday, June 5, 2023**. Petitioner may reply not later than **Friday, June 9, 2023**.

SO ORDERED.

*/s/ Valerie Caproni*  05/26/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Edgar L. Fankbonner, Esq.
Goldberger & Dubin, PC
401 Broadway, Suite 306
New York, New York 10013
Tel.: (917) 796-7406
E-Mail: fankbonner@gmail.com
*Attorneys for Petitioner*